# UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF MISSISSIPPI, GREENVILLE DIVISION

**PRIMERICA LIFE INSURANCE COMPANY**                                              **PLAINTIFF**

**VS.**                                                                  **CAUSE NO. 4:17-cv-00105-SA-JMV**

**KVONYA JONES MOORE and MARILYN HANSELL,**
**ADMINISTRATOR of the ESTATE OF REGINALD**
**MOORE, DECEASED**                                                              **DEFENDANTS**

## AGREED ORDER GRANTING AMENDED MOTION TO INTERPLEAD FUNDS

This matter has come before the Court on the Amended Motion of Primerica Life Insurance Company ("PLIC"), for an Order granting PLIC the interpleader relief sought in this suit and dismissing PLIC from this action with prejudice. The Defendants have reviewed the Amended Motion and its supporting Memorandum, and have agreed to the relief requested therein. Therefore this Court, having been fully apprised of the facts and the Defendants' agreement to the requested relief, finds the motion is well-taken and should be granted.

IT IS THEREFORE ORDERED AND ADJUDGED that the clerk will allow PLIC to deposit and interplead into the registry of this Court the amounts due under the policy on the deceased insured Reginald Moore in the amount of $100,000, plus interest at the rate of 2.0% from May 3, 2015, through the date this Order is signed.

IT IS FURTHER ORDERED AND ADJUDGED that PLIC is hereby dismissed with prejudice from this matter and that PLIC and/or its agents are hereby discharged from further liability regarding the policy, the Spouse Rider, and the proceeds payable thereunder, and are relieved of any obligation to defend any claims asserted by the Defendants in any way related to the life insurance policy for Decedent Reginald Moore provided by the Spouse Rider to Policy No. 0431352293.

IT IS FINALLY ORDERED AND ADJUDGED that the Defendants are hereby enjoined from taking any action against PLIC and/or its agents relating in any manner to the policy, the Spouse Rider, or the proceeds to be paid thereunder, including any bad-faith claims for delay of payment or refusal to pay.

**SO ORDERED**, this, the 4th day of December, 2017.

/s/ Sharion Aycock
HONORABLE JUDGE SHARION AYCOCK
UNITED STATES DISTRICT JUDGE

AGREED TO BY:

*s/ Mandie B. Robinson*
Brian B. Hannula, MSB #101150
Mandie B. Robinson, MSB #100446
FORMAN WATKINS & KRUTZ LLP
210 East Capitol Street, Suite 2200
Jackson, Mississippi 39201-2375
Post Office Box 22608
Jackson, MS  39225-2608
Telephone:  (601) 960-8600
Facsimile:  (601) 960-8613
brian.hannula@formanwatkins.com
mandie.robinson@formanwatkins.com

*Attorneys for Primerica Life Insurance Company*

*s/ Marcus A. Williams*
Edward Blackmon, Jr.
Marcus A. Williams
BLACKMON & BLACKMON, PLLC
907 West Peace Street
Post Office Drawer 105
Canton, Mississippi 39046
edblackmon@blackmonlawfirm.com
mwilliams@blackmonlawfirm.com

*Counsel for Kvonya Jones Moore*

*s/ P. Scott Phillips*
P. Scott Phillips, MSB #4168
CAMPBELL DELONG, LLP
923 Washington Avenue (38701)
Post Office Box 1856
Greenville, Mississippi 38702-1856
Telephone: (662) 335-6011
Facsimile: (662) 335-6015
E-mail: sphillips@campbelldelongllp.com

***Counsel for Marilyn Hansell, Administrator of the Estate of Reginald Moore***